USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINGO LEMUS

                      Plaintiff,

-against-

MANHATTAN CAR WASH, INC. Et al.,
                      Defendants.
------------------------------------------------------------X

06 CIVIL 15486 (MHD)

**CORRECTED JUDGMENT**

#10, 2154

Whereas on December 9, 2010, the Honorable Michael H. Dolinger, United States Magistrate Judge, having rendered its Memorandum and Order directing the Clerk of the Court to enter judgment granting Plaintiff's motion for default judgment against all three defendants Manhattan Car Wash, Inc., Youn Dong Lee and Jonah Park, jointly and severally for their breach of contract of the settlement agreement in the amount of $20,000.00 plus pre-judgment interest at 9% per annum from April 6, 2009 of $3,023.01 for a total amount of $ 23,023.01, and to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Court's Memorandum and Order dated December 9, 2010, plaintiff's motion for default judgment against all three defendants Manhattan Car Wash, Inc., Youn Dong Lee and Jonah Park for breach of the settlement agreement is granted in the total amount of $23,023.01, jointly and severally; accordingly the case is closed.

**Dated:** New York, New York
        March 3, 2011

                                                  **RUBY J. KRAJICK**
                                                     Clerk of Court

                BY:
                                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON